UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA GLYNN BROOKS,<br>　　　Plaintiff,<br><br>-v-<br><br>EDMOUND GLYNN, et al.,<br>　　　Defendants. | No. 1:15-cv-223<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

This matter has been dismissed, without prejudice, for failure to prosecute. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:　June 30, 2015　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge